## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW R. PERRONG**<br>1657 The Fairway #131 Jenkintown, PA 19046<br>Telephone: 215-791-6957<br>Facsimile: 888-329-0305<br>andyperrong@gmail.com<br><br>    **Plaintiff,**<br>    vs.<br><br>**ANTONIO CLYDE SMITH**<br>2736 SUDBURY TRCE<br>NORCROSS, GA 30071,<br><br>**LIFE MARKETING GROUP**<br>2736 SUDBURY TRCE<br>NORCROSS, GA 30071,<br><br>and<br>**DOES 18 through 100, inclusive,**<br><br>    **Defendants.** | Civil Action<br>   No. 17-3366<br><br><br>**FILED**<br>AUG 2 1 2017<br>KATE BARKMAN, Clerk<br>By_____Dep. Clerk<br><br><br><br>Jury Trial Demanded |

### NOTICE OF VOLUNTARY DISMISSAL OF SELECT DEFENDANTS:

COMES NOW Plaintiff ANDREW R. PERRONG and hereby files this Voluntary Dismissal against Defendants 8 FIGURE DREAM LIFESTYLE LLC, JERROLD S MAURER, LORI MAURER, BRIAN MATTHEW KAPLAN, LUCKY 33 LLC, ALEX SAMI DOWLATSHAHI, SPIRIT CONSULTING GROUP INC, SEAN DOWLAISHAHI, MIRJALIL S DOWLATSHAHI, DAVID LAWRENCE JOHNSTON, ARTIFICIAL BRILLIANCE, INC., BUSINESS TEXTER INC., ANGEL AVILES, KELLY JOHNSTON, DOUGLAS K WARNER, and MICHAEL J PALMER ONLY, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as they have not filed an answer or motion for summary judgment. In accord with

1

Rule 41(a)(1)(B), such a dismissal is being made WITH PREJUDICE. Please keep the case active against all other defendants.

Dated: August 18, 2017

Andrew Perrong
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com