**United States District Court**

**Eastern District of Pennsylvania**
**Andrew Perrong v. Antonio Smith et al.**
**Case No. 17-CV-3366**
**Judge Timothy J. Savage**

I, Antonio Smith, hereby deny all of the allegations
in the Plaintiff's Complaint and Amended Complaint.

**RECEIVED**

AUG 2 1 2017

Also, not only did I not send the alleged messages,

but it is my understanding that Plaintiff had

consented to receive the messages anyway.

I certify that I have mailed a copy of this to the Court and Plaintiff.

Antonio Smith,
8-16-17