UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br>1657 The Fairway #131 Jenkintown, PA 19046<br><br>Plaintiff,<br>vs.<br><br>ANTONIO CLYDE SMITH<br>2736 SUDBURY TRCE<br>NORCROSS, GA 30071,<br><br>*Et. Al.*<br><br>Defendants. | Civil Action<br>No. 17-3366<br><br><br><br>Jury Trial Demanded |

## MOTION FOR DEFAULT JUDGEMENT PER RULE 55(b)(2)

## WITH INCORPORATED MOTION FOR ASSESSMENT OF DAMAGES

Comes now Andrew Perrong and requests the Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for entry of a judgment by default against the defendant LIFE MARKETING GROUP. In support of this request, Plaitniff relies on the attached affidavit.

In addition, Plaintiff relies upon the record in this case as well as the affidavit made in the denied motion for Clerk's Default (Doc. 19, 20, 23). Plaintiff notes that defendant LIFE MARKETING GROUP had default entered against it on September 18, 2017 (Doc. 19). Defendant LIFE MARKETING GROUP has had over two months since the entry of default within which to respond or to overturn the entry of default, and has not done so, despite re-service in good faith. Subsequently, LIFE MARKETING GROUP was Re-Served by Process Server on October 5 (see attached document), and answer was due on October 26, 2017. Per October 31 order of Judge Savage, LIFE MARKETING GROUP has not yet filed an answer to the complaint (Doc. 34). Defendant LIFE MARKETING GROUP is therefore in default.

1

As noted in the attached affidavit in support, Plaintiff's motion for default judgment is for a sum certain of $117,000 plus costs, fees, and interest as provided by law. In the event that the court finds that the judgment is not for a sum certain, Plaintiff motions the court to assess damages on its own, *sua sponte,* holding a hearing if necessary to conduct an accounting of damages the court deems just and proper to assess.

Additionally, Plaintiff notes that Defendant LIFE MARKETING GROUP still has not appeared, pled, or otherwise taken any action to defend this case, despite two occasions of service, one by Certified Mail, and another by Personal Service, after default had been entered upon the docket.

**Dated: 11/28/2017**

Andrew Perrong
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/31/2017          s/Robert D. Fehrle
*Signature of Clerk or Deputy Clerk*

---

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-3366

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Antonio Clyde Smith Owner of "Life Marketing Group"
was received by me on *(date)* 10/4/2017.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Antonio Clyde Smith, who is designated by law to accept service of process on behalf of *(name of organization)* Life Marketing Group on *(date)* 10/5/2017; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10/8/2017

*Server's signature*
Christian Seklecki (Process Server)

3

*Printed name and title*

10800 Alpharetta Hwy 208-619
*Server's address*
Roswell, GA 30076

**Additional information regarding attempted service, etc:**

- Service occurred approximately at 7:27pm.

- After service, Antonio "Clyde" Smith told me "This isn't the last you've seen of me." I asked him if he was threatening me. He smiled, nodded, and said, "I'm coming for you."

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG ) <br> 1657 The Fairway #131 Jenkintown, PA 19046 ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ANTONIO CLYDE SMITH ) <br> 2736 SUDBURY TRCE ) <br> NORCROSS, GA 30071, ) <br> ) <br> *Et. Al.* ) <br> ) <br> Defendants. ) <br> ) | Civil Action <br> No. 17-3366 <br><br><br><br><br><br> Jury Trial Demanded |

### AFFIDAVIT IN SUPPORT OF

### CLERK'S DEFAULT JUDGEMENT PER RULE 55(b)(1)

I, ANDREW R. PERRONG, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the plaintiff pro-se in this action.

2. The summons and complaint were duly served upon defendant LIFE MARKETING GROUP on August 25th, 2017, by Pennsylvania Rules.

3. No response has been served within the time allowed by law nor has defendant sought additional time from the court within which to respond.

4. Default had been entered against the defendant on September 16, 2017.

5. Subsequent to default being entered, defendant LIFE MARKETING GROUP was again served on October 5th, 2017, and an answer would have been due on October 26, 2017. Note that the attached proof of service was twice attempted to be filed with

1

the court, but was not filed, presumably because Defendant LIFE MARKETING GROUP had already been in default and properly served.

6. The claim of the plaintiff is for the sum of $117,000 plus interest from the date of judgment as provided by law, together with the costs of this action. The damages requested are statutory in nature and capable of being calculated as follows:

    a. Twenty-six "robotexts" in violation of 47 U.S.C. § 227(b)(1)(A), which carries a minimum statutory penalty of $500 per text pursuant to 47 U.S.C. § 227(b)(3)(B), which are trebled pursuant to 47 U.S.C. § 227(b)(3).

    b. Twenty-six "sales texts" to a number on the National Do Not Call registry in violation of 47 U.S.C. § 227(c)(3)(F), and 47 C.F.R. 64.1200(c)(2), which carries a minimum statutory penalty of $500 per text pursuant to 47 U.S.C. § 227(c)(5)(B), which are trebled pursuant to 47 U.S.C. § 227(c)(5).

    c. Twenty-six instances of "lack of opt out mechanism" in violation of 47 CFR 64.1200 (b)(3), which carries a minimum statutory penalty of $500 per text pursuant to 47 U.S.C. § 227(c)(5)(B), which are trebled pursuant to 47 U.S.C. § 227(c)(5).

    d. Damages are thus calculated at $117,000 total as such: $39,000 for count (a), $39,000 for count (b), and $39,000 for count (c).

    e. Such a calculation of damages is consistent to *Lary v. Trinity Physician Fin. & Ins. Servs*, 780 F.3d 1101, 1106 (11th Cir. 2015), which held that "In plain terms, the statute allows a person to recover '$500 in damages for each

violation of this subsection.' Id. § 227(b)(3). Section 227(b)(1) has no language limiting the recovery to $500 per "call" or "fax."

7. For the foregoing reasons, Plaintiff moves the Court to enter judgement against defendant LIFE MARKETING GROUP in the amount of $117,000, plus interest and costs, pursuant to Federal Rules of Civil Procedure Rule 55(b)(1), since the judgement is for a certain sum.

8. In the event the Court finds that the judgment is not for a certain sum, Plaintiff moves the court to assess damages *sua sponte,* holding a hearing if necessary, and granting Plaintiff a default judgment in the amount the court deems just and proper to assess.

**FURTHER AFFIANT SAYETH NAUGHT**

Commonwealth of Pennsylvania, County of

__Bucks__

Before me, the undersigned notary public, this day appeared

__Andrew Perrong__

to me known, who being duly sworn according to law, deposes the above.

Subscribed and sworn to before me this __28th__ day of __November__, 20__17__.

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ALINA PUSKELNIK, NOTARY PUBLIC
UPPER SOUTHAMPTON TOWNSHIP
BUCKS COUNTY
MY COMMISSION EXPIRES 02-12-2020

Andrew Perrong
Plaintiff Pro-Se
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br>1657 The Fairway #131 Jenkintown, PA 19046<br><br>Plaintiff,<br>vs.<br><br>ANTONIO CLYDE SMITH<br>2736 SUDBURY TRCE<br>NORCROSS, GA 30071,<br><br>*Et. Al.*<br><br>Defendants. | Civil Action<br>No. 17-3366<br><br><br><br>Jury Trial Demanded |

**PROPOSED ORDER OF COURT'S ASSESSMENT OF DAMAGES
AND OF DEFAULT JUDGEMENT PER RULE 55(b)(2)**

The defendant, LIFE MARKETING GROUP, having failed to plead or otherwise defend in this action, and default having been entered; upon application of plaintiff and after assessing, accounting, and determination of amount of damages; finding that defendant defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; it is hereby

ORDERED, ADJUDGED, and DECREED that plaintiff ANDREW R. PERRONG recover from the defendant, LIFE MARKETING GROUP, the sum of $_____ plus costs and interest according to law from the date of this judgment until the entire amount is paid, plus (any other relief the court deems just and proper):

_____

_____

AND FOR WHICH SUM LET EXECUTION ISSUE.

Dated: _____

Hon. Timothy J. Savage, J.

1