# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| ANTONIO CLYDE SMITH and | : |
| LIFE MARKETING GROUP | : NO. 17-3366 |

## ORDER

**NOW**, this 18th day of December, 2017, this action having been referred to arbitration, it is **ORDERED**, pursuant to Local Civil Rule 53.2, § 4(a), as follows:

1. The arbitration hearing is scheduled for **Tuesday, January 23, 2018, at 9:30 a.m.,** at 601 Market Street, Philadelphia, PA 19106;

2. All documentary evidence, except for impeaching documents, shall be marked in advance and exchanged among counsel and the parties;

3. The following are appointed as arbitrators:

    Chairman - Barbara Kadish Hamilton, Esquire

    Arbitrator - Robert Andrew Santillo, Esquire

    Arbitrator - Karl A. Romberger, Esquire; and

4. The Chairman shall file the arbitration award upon conclusion of the hearing.

/s/TIMOTHY J. SAVAGE