UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br>1657 The Fairway #131 Jenkintown, PA 19046<br><br>Plaintiff,<br>vs.<br><br>ANTONIO CLYDE SMITH<br>2736 SUDBURY TRCE<br>NORCROSS, GA 30071,<br><br>Et. Al.<br><br>Defendants. | Civil Action<br>No. 17-3366<br><br>FILED<br>DEC 18 2017<br>By KATE BARKMAN, Clerk<br>___ Dep. Clerk<br><br>Jury Trial Demanded |

## Motion to Dismiss

Comes now Plaintiff Pro-Se Andrew Perrong and requests that the Court, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, issue an order dismissing the case without prejudice against all Defendants. Plaintiff notes that the Defendants have not asserted a counterclaim, and that Defendants have raised no objection to dismissing the case, nor have any pending motions, nor is there any reason why Defendants would be prejudiced by a dismissal. Plaintiff consents to voluntary dismissal of the case without prejudice.

**Dated: 12/13/2017**

Andrew Perrong
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG )<br>1657 The Fairway #131 Jenkintown, PA 19046 )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>ANTONIO CLYDE SMITH )<br>2736 SUDBURY TRCE )<br>NORCROSS, GA 30071, )<br>)<br>*Et. Al.* )<br>)<br>Defendants. )<br>) | Civil Action<br>No. 17-3366<br><br><br><br><br><br><br><br>Jury Trial Demanded |

## Proposed Order

Upon consideration of Plaintiff's Motion to Dismiss, finding that good cause exists, Plaintiff's Motion is GRANTED. The case is DISMISSED WITHOUT PREJUDICE against all defendants. The Clerk of Court is instructed to mark the case closed for statistical purposes.

Dated: _____

_____
Hon. Timothy J. Savage, J.

1