## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW R. PERRONG** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ANTONIO CLYDE SMITH and** | : | |
| **LIFE MARKETING GROUP** | : | **NO. 17-3366** |

## ORDER

**NOW,** this 20th day of December, 2017, upon consideration of the Motion to Dismiss (Docket No. 39), it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that this action is **DISMISSED** pursuant to Fed. R. Civ. P. 41(a)(2).

/s/TIMOTHY J. SAVAGE